# EXHIBIT C


US008830819B2

## (12) United States Patent
Leong et al.

(10) Patent No.: **US 8,830,819 B2**
(45) Date of Patent: **Sep. 9, 2014**

(54) **NETWORK SWITCH WITH BY-PASS TAP**

(75) Inventors: **Patrick Pak Tak Leong**, Palo Alto, CA
(US); **Thomas Kwok Yin Cheung**,
Fremont, CA (US)

(73) Assignee: **Gigamon Inc.**, Milpitas, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 1104 days.

(21) Appl. No.: **12/714,203**

(22) Filed: **Feb. 26, 2010**

(65) **Prior Publication Data**

US 2011/0211443 A1     Sep. 1, 2011

(51) **Int. Cl.**
| | |
|---|---|
| *H04L 12/26* | (2006.01) |
| *H04L 29/06* | (2006.01) |
| *H04L 12/933* | (2013.01) |
| *H04L 12/707* | (2013.01) |

(52) **U.S. Cl.**
CPC ............ ***H04L 63/1416*** (2013.01); ***H04L 49/10***
(2013.01); ***H04L 63/02*** (2013.01); *H04L 45/24*
(2013.01)
USPC ............................. **370/217**; 370/221; 370/227

(58) **Field of Classification Search**
CPC combination set(s) only.
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,424,018 | B2 | 9/2008 | Gallatin et al. |
| 7,436,832 | B2 | 10/2008 | Gallatin et al. |
| 7,440,467 | B2 | 10/2008 | Gallatin et al. |
| 7,792,047 | B2 | 9/2010 | Gallatin et al. |
| 7,937,761 | B1 * | 5/2011 | Bennett ..................... 713/153 |
| 8,144,601 | B2 * | 3/2012 | Liu ...................... 370/241.1 |
| 8,169,893 | B1 * | 5/2012 | Getker .................. 370/217 |
| 8,315,256 | B2 | 11/2012 | Leong et al. |
| 2002/0093954 | A1 * | 7/2002 | Weil et al. ............... 370/389 |
| 2005/0201273 | A1 * | 9/2005 | Shimizu ................ 370/216 |
| 2008/0225695 | A1 * | 9/2008 | Balus et al. ............. 370/216 |
| 2010/0080226 | A1 * | 4/2010 | Khalid et al. ............ 370/392 |
| 2010/0119240 | A1 * | 5/2010 | Feng ................... 398/202 |

* cited by examiner

*Primary Examiner* — Ricky Ngo
*Assistant Examiner* — Phuongchau B Nguyen
(74) *Attorney, Agent, or Firm* — Vista IP Law Group, LLP

(57) **ABSTRACT**

A network switch apparatus includes a first network port, a
second network port, a first inline port, a second inline port,
wherein the first and second inline ports are for communica-
tion with a pass-through device, a packet switch, and a by-
pass device configured to operate in a first mode of operation,
wherein in the first mode of operation, the by-pass device is
configured to pass a first packet received at the first network
port to the packet switch. The by-pass device is configured to
switch from the first mode of operation to a second mode of
operation upon an occurrence of a condition, and wherein in
the second mode of operation, the by-pass device is config-
ured to transmit a second packet received at the first network
port to the second network port without passing the second
packet to the packet switch.

**49 Claims, 12 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6A



FIG. 6B



FIG. 6C



FIG. 7A



FIG. 7B



FIG. 7C



FIG. 7D



FIG. 8

# NETWORK SWITCH WITH BY-PASS TAP

## FIELD

This application relates generally to network switch devices, and more specifically, to network switch devices that have packet monitoring functions.

## BACKGROUND

Network switches have been used to forward packets. Some network switch devices, such as those commercially available from Gigamon LLC, include an inline port for allowing packets to be transmitted to an instrument, such as an intrusion prevention system (IPS), so that the packets may be analyzed and examined before being transmitted downstream to one or more nodes.

In some cases, the instrument connecting to the instrument port of the network switch device may fail, thereby preventing packets from being transmitted between two or more nodes.

Also, sometimes, the network switch itself may fail, thereby preventing packets from being transmitted between two or more nodes.

For the foregoing reasons, applicants of the subject application determine that it would be desirable to provide network switch devices with by-pass functionalities, so that failure of the instrument connecting to the instrument port and/or failure of the network switch may be addressed.

## SUMMARY

In accordance with some embodiments, a network switch apparatus includes a first network port, a second network port, a first inline port, a second inline port, wherein the first and second inline ports are for communication with a pass-through device, a packet switch, and a by-pass device configured to operate in a first mode of operation, the by-pass device is configured to pass a first packet received at the first network port to the packet switch. The by-pass device is configured to switch from the first mode of operation to a second mode of operation upon an occurrence of a condition, and wherein in the second mode of operation, the by-pass device is configured to transmit a second packet received at the first network port to the second network port without passing the second packet to the packet switch.

In accordance with other embodiments, a network switch apparatus includes a first network port, a second network port, a first inline port, a second inline port, wherein the first and second inline ports are for communication with a pass-through device, a packet switch, and a by-pass device, wherein in a first mode of operation, the packet switch and the first and second inline ports are involved in packet transmission between the first and the second network ports, wherein in a second mode of operation, the first and second inline ports are not involved in the packet transmission between the first and the second network ports, and wherein in a third mode of operation, the packet switch and the first and second inline ports are not involved in the packet transmission between the first and the second network ports.

In accordance with other embodiments, a network switch apparatus includes a first network port, a second network port, a first inline port, a second inline port, wherein the first and second inline ports are for communication with a pass-through device, an instrument port for connection to a non-pass through device, and a packet switch for transmitting a packet received at the first network port to the non-pass through device via the instrument port, and to the pass through device via the first inline port.

Other and further aspects and features will be evident from reading the following detailed description of the embodiments, which are intended to illustrate, not limit, the invention.

## BRIEF DESCRIPTION OF THE DRAWINGS

The drawings illustrate the design and utility of embodiments, in which similar elements are referred to by common reference numerals. These drawings are not necessarily drawn to scale. In order to better appreciate how the above-recited and other advantages and objects are obtained, a more particular description of the embodiments will be rendered, which are illustrated in the accompanying drawings. These drawings depict only typical embodiments and are not therefore to be considered limiting of its scope.

FIG. **1** illustrates a network apparatus that includes a by-pass tap in accordance with some embodiments;

FIG. **2** illustrates a first mode of operation of the device of FIG. **1**;

FIG. **3** illustrates a second mode of operation of the device of FIG. **1**;

FIG. **4** illustrates a third mode of operation of the device of FIG. **1**;

FIG. **5** illustrates a fourth mode of operation of the device of FIG. **1**;

FIGS. **6A**-**6C** illustrate variations of the device of FIG. **1** that include one or more filter maps in accordance with some embodiments;

FIG. **7A** illustrates asymmetric links between two nodes;

FIG. **7B** illustrates embodiments of the device of FIG. **1** being used to transmit packets via asymmetric links;

FIGS. **7C** and **7D** illustrate schematically how adding and removal of label(s) are implemented in accordance with some embodiments; and

FIG. **8** illustrates a deployment of the device of FIG. **1** in accordance with some embodiments.

## DESCRIPTION OF THE EMBODIMENTS

Various embodiments are described hereinafter with reference to the figures. It should be noted that the figures are not drawn to scale and that elements of similar structures or functions are represented by like reference numerals throughout the figures. It should also be noted that the figures are only intended to facilitate the description of the embodiments. They are not intended as an exhaustive description of the invention or as a limitation on the scope of the invention. In addition, an illustrated embodiment needs not have all the aspects or advantages shown. An aspect or an advantage described in conjunction with a particular embodiment is not necessarily limited to that embodiment and can be practiced in any other embodiments even if not so illustrated.

FIG. **1** illustrates a device **10** in accordance with some embodiments. The device **10** is a network switch, and includes a first network port **12**, a second network port **14**, and a pair **16** of inline ports **28**, **29**. During use, the first network port **12** is communicatively coupled to a first node **30**, and the second port **14** is communicatively coupled to a second node **32**. The device is configured to communicate packets between the first and second nodes **30**, **32** via the network ports **12**, **14**. The first network port **12** includes a first network in-port **20** and a first network out-port **22** for receiving and transmitting packets from and to the first node **30**, respectively. Similarly,

the second network port **14** includes a second network in-port **24** and a second network out-port **26** for receiving and transmitting packets from and to the second node **32**, respectively. Although only two network ports **12**, **14** are shown, in other embodiments, the device **10** may include more than two network ports.

Also, during use, the inline ports **28**, **29** of the device **10** are communicatively coupled to an instrument **40**, which is an intrusion prevention system (IPS), for transmitting and receiving packets to and from the IPS **40**. It should be noted that IPS is inline and is connected to the inline ports **28**, **29** of the device **10**. During use, the device **10** is configured to transmit packets to, and receive packets from, the IPS **40**, wherein the packets are intended to be communicated between two nodes **30**, **32**. Thus, IPS is different from, and belongs to a different class of instrument from that of, sniffer, network monitoring system, application monitoring system, intrusion detection system, forensic storage system, and application security system, which can only receive packets that are intended to be communicated between nodes, and cannot transmit such packets. Although only two inline ports **28**, **29** are shown, in other embodiments, the device **10** may include additional inline ports for connection to additional IPS(s). In some of the embodiments described herein, the inline port **28/29** is illustrated as transmitting packets in a certain direction. However, it should be understood that each of the inline ports **28**, **29** is bi-directional, and can transmit packets to and from the IPS **40**.

The device **10** also includes a by-pass tap **50**, a packet switch **52** coupled to the by-pass tap **50**, and a CPU **54**. The by-pass tap **50** and the packet switch **52** may be contained in a housing **60**. In some cases, the device **10** is provided as a single unit that allows the device **10** to be deployed at a single point along a communication path. In the illustrated embodiments, the packet switch **52** is configured to receive packets from nodes **30**, **32** via the network ports **12**, **14**, and process the packets in accordance with a predefined scheme. For example, the packet switch **52** may pass packets received from one or more nodes to one or more instruments that are connected to respective instrument port(s) (not shown). The by-pass tap **50** is configured to transmit packets directly between the nodes **30**, **32**, pass packets to the instrument **40**, and/or pass packets to the network switch **50** in accordance with a predefined scheme, as described herein. The by-pass tap **50** includes a plurality of mechanical relay **70**, **72** for alternatively routing packets directly to node(s), or to the packet switch **52** and the instrument **40**, as described herein. In some embodiments, the components **70**, **72** may be parts of a mechanical relay system configured (e.g., designed, built, etc.) for performing the functions described herein. The CPU **54** is configured to process information that may be used in the operation of the by-pass tap **50** and/or the packet switch **52**.

In some embodiments, the network ports **12**, **14** and the inline ports **28**, **29** may be parts of the by-pass tap **50**. In other embodiments, the network ports **12**, **14** and the inline ports **28**, **29** may be parts of the packet switch **52**.

In the illustrated embodiments, the device **10** is configured to have at least four modes of operation. In the first mode of operation, the device **10** is initially powered on, and the by-pass component **50** is configured to transmit packets between the first and second nodes **30**, **32** without passing the packets to the packet switch **52** and the inline ports **28**, **29** (FIG. **2**). This allows the nodes **30**, **32** to communicate with each other while the device **10** is in the relay state. In the relay state, the relays **70**, **72** are connected together to form a physical path connecting ports **12**, **14**. Although one path

representing communication from node **30** to node **32** is shown in the figure, it should be understood that packets can be communicated from node **32** to node **30** using the in-port **24** and out-port **22**.

After the device **10** is powered up, the device **10** then operates in a normal operational state (i.e., the inline by-pass state) (FIG. **3**). In some embodiments, to transition from the relay state to the inline by-pass state, the relay **70**, **72** need to be opened. This can be a user-configurable operation or automatic. In the second mode of operation (the inline by-pass state), the by-pass tap **50** is configured to receive packets from the first node **30**, and pass the packets to the packet switch **52** so that the packet switch **52** can process the packets in the pre-defined scheme. In the second mode of operation, the by-pass tap **50** is also configured to receive processed packets from the packet switch **52**, and pass the packets to the inline port **29** so that the instrument **40** coupled thereto may process the packets. The processed packets from the instrument **40** are then transmitted via the inline port **28** back to the by-pass tap **50**, which forwards the packets to the packet switch **52**. The packet switch **52** processes the packets received from the instrument **40**, and transmits them to the second node **32** via the second port **14** (and/or other node(s) via other port(s)). In other embodiments, the packets may be transmitted from the node **32** to the node **30** (and/or other node(s) via other port(s)). In such cases, the direction of transmission described previously may be reversed.

Also, in other embodiments, packets being transmitted from the instrument **40** to the device **10** may not go through the by-pass tap **50**. For example, packets can enter a first network port **12**, through the packet switch **52**, to some non-by-pass tap port, then through IPS **40**, to some other non-by-pass tap port, then to the packet switch **52**, and out of the second network port **12**. So physically the packets entering the second network port **12** do not pass through the by-pass tap **50**.

Although one path representing communication from node **30** to node **32** is shown in FIG. **3**, it should be understood that packets can be communicated from node **32** to node **30** in a reverse direction—i.e., using the in-port **24** and out-port **22**.

In some cases, if the instrument **40** connecting to the inline port fails, but the packet switch **52** remains functional, the packet switch **52** may be configured to transmit received packets from node **30** directly to node **32** (and/or from node **32** to node **30**) without involving the intrusion prevention system **40** (FIG. **4**). In this third mode (repeat mode) of operation, the packet switch **52** is functioning like an active by-pass switch. Using the packet switch **52** to transition to the repeat mode is advantageous because nodes **30**, **32** will not see any link down event. In particular, using the packet switch **52** to link up the nodes **30**, **32** in the event of a failure by the instrument **40** is more advantageous than using a passive by-pass switch. This is because if a passive by-pass switch is used to link up the nodes **30**, **32**, the nodes **30**, **32** may see a link down for a very short duration (e.g., range of msec). The problem of having node **30** and node **32** seeing a link down event is that, if node **30** or node **32** participates in the Spanning Tree Protocol (or the Rapid Spanning Tree Protocol), then the link down event may trigger a Spanning Tree Protocol re-configuration, which is not desirable.

Various techniques may be used by the device **10** to determine if the instrument **40** fails. For example, in some embodiments, the CPU **54** may analyze packet history or port statistics and determines if a condition representing failure of the instrument **40** or error by the instrument **40** has occurred. In some embodiments, packet history may include the state of a traffic flow. For example, if there are a number of flows

currently open up and all of a sudden there is no packet, then such condition may indicate that something is wrong. For example, the IPS **40** may have hung (yet the links to the inline ports may still be functional). Alternatively, or additionally, the CPU **54** may periodically check link, packet state, and/or prescribed protocol to ensure that the instrument **40** is working properly. In some embodiments, if the packet switch **52** detects that the inline instrument **40** fails (either through the links, protocols, etc.), it will automatically terminate the original connections between ports **20**, **29** and between ports **26**, **28**. The packet switch **52** will then automatically establish a new connection between ports **20**, **26** and ports **22**, **24**. The connections can be VLAN connections, or can be mirroring connections, or can be established by other features of the packet switch **52**.

Although one path representing communication from node **30** to node **32** is shown in FIG. **4**, it should be understood that packets can be communicated from node **32** to node **30** in a reverse direction—i.e., using the in-port **24** and out-port **22**.

In other cases, in the fourth mode of operation, if the packet switch **52** fails, the by-pass tap **50** is configured to directly transmit packets from the first node **30** to the second node **32** (and/or from the second node **32** to the first node **30**) without involving the packet switch **52** and the instrument **40** that is coupled to the inline ports **28**, **29** (FIG. **5**). For example, the relay components **70**, **72** of the by-pass component **50** may close to form a communication link between the nodes **30**, **32**, while terminating the transmission link between the by-pass component **50** and the packet switch **52**. The mechanical relays **70**, **72** are configured to connect the paths within the device **10** such that the end nodes **30**, **32** can directly communicate with each other as if they are seeing a straight wire. In some embodiments, if there are multiple in-ports and multiple out-ports, and each in-port maps to one unique out-port, then the multiple relays are configured to close multiple such paths within the device **10** such that there are multiple direct electrical connection within the device **10** for allowing the multiple nodes to communicate directly with each other. The advantage of using the mechanical relay to implement the by-pass feature is that if the packet switch **52** fails (e.g., due to power outage, error, etc.), the communication link between the nodes **30**, **32** would remain on. Although one path representing communication from node **30** to node **32** is shown in the figure, it should be understood that packets can be communicated from node **32** to node **30** in the opposite direction, i.e., using the in-port **24** and out-port **22**.

Various techniques may be used to implement that above by-pass feature. In some embodiments, the device **10** may include a logic device **18** (shown in FIG. **1**) (e.g., CPLD, FPGA, etc.) that is coupled to the mechanical relay. In such cases, the CPU **54** may be configured to periodically send a watchdog signal to the logic device. The logic device is configured to maintain a current so that the mechanical relay is constantly at an active state as long as the watchdog signal is received by the logic device periodically. If the packet switch **52** or the CPU **54** fails, the CPU **54** will stop transmitting the watchdog signal to the logic device. In such cases, the logic device will stop transmitting the current to the mechanical relay, resulting in the mechanical relay switching from the active state to the passive state. In the passive state, the mechanical relay forms a bridge to directly connect the nodes **30**, **32**. In some embodiments, in the event of a power failure, the logic device will also stop transmitting the current to the mechanical relay, thereby also resulting in the mechanical relay forming a bridge to directly connect the nodes **30**, **32**.

In one implementation of the above described embodiments, the open and/or close state of the mechanical relays is

controlled by a CPLD. The CPLD may be any active logic device/module. The CPLD has a register that expects the CPU to periodically write to it. If there is a power outage or if the CPU dies, then nothing is written to this register. After a prescribed time (e.g., in the milliseconds) has passed, the CPLD will close the mechanical relays. In some embodiments, the CPLD is a component within the device **10**. In other embodiments, the CPLD may be a part of the CPU or the relay system.

Implementing the by-pass tap **50** using mechanical relays allows the by-pass tap **50** to operate like a passive by-pass tap. This is advantageous because when there is a failure of the packet switch **52**, such as no power to the packet switch **52** (or to the device **10**), the relays of the by-pass tap **50** readily close themselves to thereby maintain the link between nodes. Thus, maintaining of the link between the nodes does not require any power be provided to the by-pass tap **50**.

In other embodiments, the device **10** may be used to handle higher bandwidth traffic (such as 10G, 40G or 100G traffic) while preventing an intrusion prevention system **40** from randomly dropping packets. Existing intrusion prevention systems may not be able to handle such higher bandwidth traffic. For example, they may be able to handle only a few Gbps worth of bandwidth. As a result, existing intrusion prevention systems may randomly drop packets, which is undesirable. In some embodiments, the device **10** may include one or more maps configured to selectively pass (filter) certain packets to the inline port **28/29** (FIG. **6A**). For example, the device **10** may include a first map **300** for filtering packets received from the first network port **12**, wherein the first map **300** is configured so that only certain type(s) of traffic, such as, all web traffic, will be directed to the intrusion prevention system **40** via the inline port **29**. Since in the example, the intrusion prevention system **40** only needs to handle web traffic, it may be able to handle the web traffic communicated via the 10G (or higher) network. Note that the rest of the traffic will be forwarded to the node **32** directly (as indicated by the dashed arrow). In other embodiments, the map may be configured so that each instrument coupled to certain inline ports is dedicated to handle two or more types of network traffic, but not all of the traffic, that is transmitted to the device **10**.

Also, in other embodiments, the device **10** may include additional inline ports that may be coupled to additional intrusion prevention system(s) **40** (e.g., systems **40a**, **40b** in FIG. **6B**). In such cases, the map(s) may be configured to pass packets to the instrument(s) **40** in accordance with a pre-defined scheme. For example, the map may be configured to pass web traffic to one or more instruments **40a**, and to pass email traffic to another one or more instruments **40b**. Such configuration allows 10G (or higher) traffic to be distributed to different intrusion prevention systems **40**, allowing the systems to handle 10G (or higher) traffic without dropping any packets. This way, multiple intrusion prevention system **40** together can handle all of the 10G (or higher) traffic. By splitting the traffic into multiple inline tools, and then collecting them back again for delivery to the corresponding node, the device **10** allows the complete traffic to be examined and each inline tool **40** can work within its capacity.

In some embodiments, in addition to the first map **300**, the device **10** may also include a second map **302** for filtering packets received from the second network port **14** (FIG. **6C**). Similar to the first map **300**, the second map **302** is configured so that only certain type(s) of traffic, such as, all web traffic, will be directed from the second node **32** to the intrusion prevention system **40** via the inline port **28**. In other embodiments, the second map **302** may be configured so that each

pair of inline ports is dedicated to handle two or more types of network traffic, but not all of the traffic, that is transmitted to the device **10** from the second node **32**.

In any of the embodiments described herein, the map(s) may be stored in a medium, such as a memory, located in the device **10**, wherein the medium is communicatively coupled to the packet switch **52** for allowing access by the packet switch **52**. In some cases, the map(s) is user-configurable, which allows a user, such as an administrator, to prescribe which port(s) is associated with which type(s) of traffic.

In some embodiments, the device **10** described herein may be used for asymmetric routing. FIG. **7A** illustrates an example of asymmetric links between the nodes **30**, **32**. In asymmetric communication, the connection between two nodes **30**, **32** may be using different physical paths. In the illustrated example, communication from node **30** to node **32** will go through switch S**1**, router R**1**, router R**2**, and switch S**2**. However, communication from node **32** to node **30** will go though switch S**3**, router R**3**, router R**4**, and switch S**4**. If an intrusion prevention system is sitting inline in one path only, then it has limited visibility. In some embodiments, the device **10** is configured to aggregate the traffic from both links to the same intrusion prevention system, so that it has complete visibility for both links in the asymmetric communication (FIG. **7B**). In the illustrated embodiments, the device **10** is configured to label the packets exiting the inline port **28/29** (i.e., packets going to the intrusion prevention system(s)). The label is used to keep track which link it is coming from to the intrusion prevention system **40**, so that the intrusion prevention system **40** can distinguish which packet comes from which direction. The intrusion prevention system **40** analyzes the network traffic from both directions, makes pass/drop decisions, and transmits the packets back to the device **10**. After receiving the packets back from the intrusion prevention system **40**, the device **10** is configured to remove the label, and send the packets back to the correct path. Such labeling may be implemented using a special VLAN tag, or a proprietary label added by a daughter card (e.g., a proprietary label that is understood by the IPS).

FIG. **7C** illustrates schematically how the adding and removal of labels are implemented in accordance with some embodiments. As shown in the figure, the adding of label(s) for path A may occur at point **100** or anywhere after the packet is transmitted to the packet switch **52**. The removal of label(s) for path A may occur at point **102** or anywhere before the packet is transmitted from the packet switch **52**. Similarly, as shown in FIG. **7D**, the adding of label(s) for path B may occur at point **104** or anywhere after the packet is transmitted to the packet switch **52**. The removal of label(s) for path B may occur at point **106** or anywhere before the packet is transmitted from the packet switch **52**. As illustrated in the above embodiments, by configuring the device **10** to add a unique label to the packets from each of the asymmetric links, the IPS **40** can distinguish between these packets from the different links. When these packets go back to the device **10** from the IPS **40**, the device **10** then removes these labels before sending them to the corresponding node(s).

In any of the embodiments described herein, the device **10** may be optically based. In such cases, the device **10** is configured to receive network traffic in the form of optical signals, and process the network traffic in accordance with embodiments described herein. Different techniques may be used to implement the by-pass tap **50** in different embodiments. In some embodiments, one can use a relay that has a rotating mirror. Such configuration works in a similar manner as the relay for the copper media, except that each relay component becomes a mirror. In other embodiments, the

optical by-pass tap **50** may be implemented using micro-electro-mechanical ("MEM") mirrors. It has the same mechanism as the rotating mirrors except it is operating at a much smaller size.

In any of the embodiments, the packet switch **52** may be any network switching device that provides packet routing and/or monitoring functions. In some embodiments, the packet switch **52** may be user-configurable such that packets may be transmitted in a one-to-one configuration (i.e., from one network port to an instrument port). As used in this specification, the term "instrument port" refers to any port that is configured to transmit packets to an instrument, wherein the instrument may be a sniffer, a network monitoring system, an application monitoring system, an intrusion detection system, a forensic storage system, an application security system, etc., which are not pass through devices (i.e., they can only receive packets intended to be communicated between two nodes **30**, **32**, and cannot transmit such packets downstream). In other embodiments, the packet switch **52** may be configured such that the packets may be transmitted in a one-to-many configuration (i.e., from one network port to multiple instrument ports). In other embodiments, the packet switch **52** may be configured such that the packets may be transmitted in a many-to-many configuration (i.e., from multiple network ports to multiple instrument ports). In further embodiments, the packet switch **52** may be configured such that the packets may be transmitted in a many-to-one configuration (i.e., from multiple network ports to one instrument port). In some embodiments, the one-to-one, one-to-many, many-to-many, and many-to-one configurations are all available for allowing a user to selectively configure the device **10** so that the packets (or certain types of packets) are routed according to any one of these configurations.

In some embodiments, the packet movement configuration is predetermined such that when the device **10** receives the packets, the device **10** will automatically forward the packets to the ports based on the predetermined packet movement configuration (e.g., one-to-one, one-to-many, many-to-many, and many-to-one) without the need to analyze the packets (e.g., without the need to examine the header, determine the type of packets, etc.).

Examples of packet switch **52** that may be used with the device **10** include any of the commercially available network switch devices, such as GigaVUE™, that is available at Giga-mon LLC.

Other examples of packet switch **52** that may be used with the device **10** are described in U.S. patent application Ser. Nos. 12/148,481, 12/255,561, 11/123,273, 11/123,465, and 11/123,377, the entire disclosure of all of which is expressly incorporated by reference herein.

In accordance with some embodiments, the packet switch **52** may have the functionalities of a conventional packet switch except that it provides visibility into various parts of a network. Thus, embodiments of the packet switch **52** may operate like a conventional managed packet switch, but providing packet monitoring function. This is accomplished by configuring the packet switch to operate as a circuit switch under certain circumstances. The configuring of the managed packet switch is performed by utilizing the CPU interface of the switch to modify appropriate registers in the switch to allow for the desired operation.

It should be noted that the packet switch **52** that may be used with the device **10** is not limited to the examples described above, and that other packet switches **52** with different configurations may be used as well. For example, in other embodiments, the packet switch **52** may not provide any

monitoring function. Instead, the packet switch **52** may be any conventional network switch that provides routing function.

FIG. **8** shows the deployment of the device **10** in a network environment **1000** in accordance with some embodiments. The Internet **1004** is coupled via routers **1006**a-b and firewalls **1068**a-b to two switches **1010**a and **1010**b. Switch **1010**a is coupled to servers **1012**a-b and IP phones **1014**a-c. Switch **1010**b is coupled to servers **1012**c-e. A sniffer **1016**, an IDS **1018** and a forensic recorder **1020** (collectively, "non-pass through instruments") are coupled to the device **10**. As illustrated in FIG. **8**, there is a reduction on the number of non-pass through instruments in this deployment as compared to a conventional configuration (in which there may be one or more non-pass through instruments between router **1066**a and firewall **1068**a, one or more non-pass through instruments between firewall **1068**a and switch **1010**a, one or more non-pass through instruments between router **1066**b and firewall **1068**b, and firewall **1068**b and switch **1010**b) because the same non-pass through instruments can now access information anywhere in the network environment **1000** through the device **10**. The user has complete flexibility to channel whatever traffic to whatever instrument or groups of non-pass through instruments, using the any-to-any, any-to-many and many-to-one capability of the system in accordance with the different embodiments described herein. For example, all the conversations of the IP phones **1014**a-c can be easily configured to be sent to an IDS **1018**. It is also possible that traffic inside a particular IP phone **1014**a-c connection can be sent to a sniffer **1016**, and Intrusion Detection System **1018** and a forensic recorder **1020** simultaneously via the one-to-many function. The by-pass tap **50** of the device **10** described herein provides fault-tolerant packet transmission capability. If the network switch of the device **10** fails to function for whatever reason, or if any of the pass through instruments **40** fails for whatever reason, the device **10** can maintain connectivity of the network attached to them.

In some embodiments, when using the device **10**, one or more non-pass through instruments (such as IDS, sniffer, forensic recorder, etc.) may be connected to instrument port(s), and one or more pass through instruments (e.g., IPS **40**) may be connected to respective pairs of inline tool ports. Such configuration allows non-pass through instrument(s) and pass through instrument(s) to simultaneously monitor the network traffic. Each non-pass through instrument is in listening mode (i.e., it receives packets intended to be communicated between two nodes), and each pass through instrument is in pass-thru mode (i.e., it receives packets intended to be communicated between two nodes, processes them, and then pass the packets downstream towards the intended recipient node). In some cases, by having both an IDS and an IPS connected to the device **10**, the device **10** can compare whether the IDS or the IPS sees more threats, and/or can have a redundant protection such that if the IPS misses any threat, the IDS may pick it up.

It should be noted that in this specification, the terms "first," "second," "third," and "fourth" are used to indicate different things, features, or packet, etc., and are not used to indicate order or priority. For example, the terms "first packet" and "second packet" are used to indicate that there are two different packets, and do not mean that the first packet is the packet first in order. Similarly, the terms "first mode of operation," "second mode of operation," "third mode of operation," etc., and similar terms are used to indicate that there are different modes of operation. Thus, for example, a mode of operation described as "first mode" in one embodiment may be a "sec-

ond mode," or a "third mode," etc., in other embodiments, depending on the context in which the mode of operation is described.

Also, when a "packet" is described in this application, it should be understood that it may refer to the original packet that is transmitted from a node, or a copy of it.

Although particular embodiments have been shown and described, it will be understood that they are not intended to limit the present inventions, and it will be obvious to those skilled in the art that various changes and modifications may be made without departing from the spirit and scope of the present inventions. The specification and drawings are, accordingly, to be regarded in an illustrative rather than restrictive sense. The present inventions are intended to cover alternatives, modifications, and equivalents, which may be included within the spirit and scope of the present inventions as defined by the claims.

What is claimed is:

**1.** A network switch apparatus, comprising:

a housing;

a first network port;

a second network port;

a first inline port;

a second inline port, wherein the first and second inline ports are for communication with a pass-through device;

a packet switch; and

a by-pass device configured to operate in a first mode of operation, wherein in the first mode of operation, the by-pass device is configured to pass a first packet received at the first network port to the packet switch;

wherein the by-pass device is configured to switch from the first mode of operation to a second mode of operation upon an occurrence of a condition, and wherein in the second mode of operation, the by-pass device is configured to transmit a second packet received at the first network port to the second network port without passing the second packet to the packet switch;

wherein the network switch apparatus is a single device, and wherein the housing, the first network port, the second network port, the first inline port, the second inline port, the packet switch, and the by-pass device are parts of the single device;

wherein the network switch apparatus further comprises a logic device for detecting the condition that triggers the second mode of operation; and wherein the logic device comprises a register, wherein a central-processing-unit (CPU) periodically writes to the register, and the logic device is configured to close a mechanical relay to connect the first and second network ports when the logic device determines that nothing is written to the register for a prescribed period.

**2.** The network switch apparatus of claim **1**, wherein the condition that triggers the second mode of operation comprises a failure of the packet switch.

**3.** The network switch apparatus of claim **1**, wherein the packet switch has a first mode of operation in which the packet switch passes the first packet to the first inline port, and a second mode of operation in which the packet switch does not pass the first packet to the first inline port.

**4.** The network switch apparatus of claim **3**, wherein packet switch is configured to switch from its first mode of operation to its second mode of operation upon a detection of a failure of the pass-through device.

**5.** The network switch apparatus of claim **4**, wherein the logic device is configured for detecting the failure of the pass-through device.

11
12

**6**. The network switch apparatus of claim **5**, wherein the logic device is configured to detect the failure of the pass-through device by analyzing packet history.

**7**. The network switch apparatus of claim **5**, wherein the logic device is configured to detect the failure of the pass-through device by analyzing port statistics.

**8**. The network switch apparatus of claim **1**, wherein the by-pass device comprises the mechanical relay.

**9**. The network switch apparatus of claim **8**, wherein the mechanical relay has a relay component that electrically connects the first and the second network ports to form a communication path, and disconnects the packet switch from the communication path when the by-pass device is in its second mode of operation.

**10**. The network switch apparatus of claim **9**, wherein the relay component is configured to directly electrically connect the first and the second network ports when there is no power applied to the by-pass device.

**11**. The network switch apparatus of claim **1**, wherein the by-pass device is optical based.

**12**. The network switch apparatus of claim **1**, further comprising a filter for filtering additional packets received from the first network port such that a first subset of the additional packets is passed to the first inline port, while a second subset of the additional packets is passed to the second network port.

**13**. The network switch apparatus of claim **1**, further comprising additional inline ports for coupling to one or more additional pass-through devices, and a filter configured to pass additional packets received from the first network port to the pass-through device and the one or more additional pass-through devices such that all of the pass-through devices collectively can handle at least 10 Gigabytes (10G) communication without a need to randomly drop packets.

**14**. The network switch apparatus of claim **1**, wherein the pass-through device comprises an intrusion prevention system.

**15**. The network switch of claim **1**, wherein the network switch is configured to add a label to the first packet before passing the first packet to the first inline port, and remove the label from the first packet before transmitting the first packet to the second network port.

**16**. The network switch apparatus of claim **1**, further comprising a housing for containing the by-pass device and the packet switch.

**17**. The network switch apparatus of claim **1**, further comprising an instrument port for connection to a non-pass through device.

**18**. The network switch apparatus of claim **17**, wherein the non-pass through device comprises a sniffer, an intrusion detection system (IDS), or a forensic recorder, and the pass through device comprises an intrusion prevention system (IPS), and wherein the network switch apparatus further comprises a logic device for comparing performance of the non-pass through device and performance of the pass through device.

**19**. The network switch apparatus of claim **1**, wherein the single device is configured for deployment at a geographical location.

**20**. The network switch apparatus of claim **1**, wherein the first network port, the second network port, the first inline port, and the second inline port are at one or more sides of the housing.

**21**. A network switch apparatus, comprising:
a housing;
a first network port;
a second network port;
a first inline port;

a second inline port, wherein the first and second inline ports are for communication with a pass-through device;
a packet switch in the housing; and
a by-pass device in the housing;
wherein in a first mode of operation, the packet switch and the first and second inline ports are involved in packet transmission between the first and the second network ports;
wherein in a second mode of operation, the packet switch is involved, and the first and second inline ports are not involved, in the packet transmission between the first and the second network ports;
wherein in a third mode of operation, the packet switch and the first and second inline ports are not involved in the packet transmission between the first and the second network ports;
wherein the network switch apparatus is a single device, and wherein the housing, the first network port, the second network port, the first inline port, the second inline port, the packet switch, and the by-pass device are parts of the single device;
wherein the first mode of operation is switched to the third mode of operation when a failure of the network switch has occurred; and
wherein the network switch apparatus further comprises a logic device for detecting the failure of the network switch or a central-processing-unit (CPU) that is coupled to the logic device.

**22**. The network switch apparatus of claim **21**, wherein the first mode of operation is switched to the second mode of operation when a failure of the pass-through device has occurred.

**23**. The network switch apparatus of claim **22**, wherein the logic device is also configured for detecting the failure of the pass-through device.

**24**. The network switch apparatus of claim **23**, wherein the logic device is configured to detect the failure of the pass-through device by analyzing packet history.

**25**. The network switch apparatus of claim **23**, wherein the logic device is configured to detect the failure of the pass-through device by analyzing port statistics.

**26**. The network switch apparatus of claim **21**, wherein the by-pass device comprises a mechanical relay system.

**27**. The network switch apparatus of claim **26**, wherein the mechanical relay system has a relay component that electrically connects the first and the second network ports to form a communication path, and disconnects the packet switch from the communication path in the third mode of operation.

**28**. The network switch apparatus of claim **27**, wherein the relay component is configured to directly electrically connect the first and the second network ports when there is no power applied to the by-pass device.

**29**. The network switch apparatus of claim **21**, wherein the by-pass device is optical based.

**30**. The network switch apparatus of claim **21**, further comprising a filter for filtering additional packets received from the first network port such that a first subset of the additional packets is passed to the first inline port, while a second subset of the additional packets is passed to the second network port.

**31**. The network switch apparatus of claim **21**, further comprising additional inline ports for coupling to one or more additional pass-through devices, and a filter configured to pass additional packets received from the first network port to the pass-through device and the one or more additional pass-through devices such that all of the pass-through devices

collectively can handle at least 10 Gigabytes (10G) communication without a need to randomly drop packets.

**32**. The network switch apparatus of claim **21**, wherein the pass-through device comprises an intrusion prevention system.

**33**. The network switch apparatus of claim **21**, wherein the network switch is configured to add a label to the first packet before passing the first packet to the first inline port, and remove the label from the first packet before transmitting the first packet to the second network port.

**34**. The network switch apparatus of claim **21**, further comprising a housing for containing the by-pass device and the packet switch.

**35**. The network switch apparatus of claim **21**, further comprising an instrument port for connection to a non-pass through device.

**36**. The network switch apparatus of claim **35**, wherein the non-pass through device comprises a sniffer, an intrusion detection system (IDS), or a forensic recorder, and the pass through device comprises an intrusion prevention system (IPS), and wherein the network switch apparatus further comprises a logic device for comparing performance of the non-pass through device and performance of the pass through device.

**37**. The network switch apparatus of claim **21**, wherein the single device is configured for deployment at a geographical location.

**38**. The network switch apparatus of claim **21**, wherein the first network port, the second network port, the first inline port, and the second inline port are at one or more sides of the housing.

**39**. A network switch apparatus, comprising:
   a housing;
   a first network port;
   a second network port;
   a first inline port;
   a second inline port, wherein the first and second inline ports are for communication with a pass-through device;
   a packet switch in the housing;
   a by-pass device in the housing; and
   a logic device;
   wherein in a first mode of operation, the packet switch and the first and second inline ports are involved in packet transmission between the first and the second network ports;
   wherein in a second mode of operation, the packet switch is involved, and the first and second inline ports are not involved, in the packet transmission between the first and the second network ports;
   wherein in a third mode of operation, the packet switch and the first and second inline ports are not involved in the packet transmission between the first and the second network ports; and
   wherein the network switch apparatus is a single device, and wherein the housing, the first network port, the second network port, the first inline port, the second inline port, the packet switch, and the by-pass device are parts of the single device;
   wherein the logic device comprises a register, wherein a central-processing-unit (CPU) periodically writes to the register, and the logic device is configured to close mechanical relay to connect the first and second network ports when the logic device determines that nothing is written to the register for a prescribed period.

**40**. A network switch apparatus, comprising:
   a housing;
   a first network port;

   a second network port;
   a first inline port;
   a second inline port, wherein the first and second inline ports are for communication with a pass-through device;
   an instrument port for connection to a non-pass through device;
   a packet switch located in the housing for transmitting a packet received at the first network port to the non-pass through device via the instrument port, and to the pass through device via the first inline port;
   wherein the network switch appliance is a single device, and wherein the housing, the first and second network ports, the first and second inline ports, the instrument port, and the packet switch are parts of the single device and; wherein the non-pass through device comprises a sniffer, an intrusion detection system (IDS), or a forensic recorder, and the pass through device comprises an intrusion prevention system (IPS), and wherein the network switch apparatus further comprises a logic device for comparing performance of the non-pass through device and performance of the pass through device.

**41**. The network switch apparatus of claim **40**, wherein the single device is configured for deployment at a geographical location.

**42**. The network switch apparatus of claim **40**, wherein the first network port, the second network port, the first inline port, the second inline port, and the instrument port are at one or more sides of the housing.

**43**. A network switch apparatus, comprising:
   a housing;
   a first network port for communication with a first node;
   a second network port for communication with a second node;
   a first inline port;
   a second inline port, wherein the first and second inline ports are for communication with a pass-through device;
   a third inline port and a fourth inline port, wherein the third and fourth inline ports are for communication with an additional pass-through device; and
   a processing module located in the housing and configured for transmitting a first subset of packets received from the first node at the first network port to the pass-through device via the first inline port, and passing a second subset of the packets received from the first node at the first network port to the second node via the second network port, in accordance with a predefined logical scheme;
   wherein the network switch appliance is a single device, and wherein the housing, the first and second network ports, the first and second inline ports, and the processing module are parts of the single device; and
   wherein the processing module is configured for transmitting a third subset of the packets received from the first node at the first network port to the additional pass-through device via the third inline port.

**44**. The network switch apparatus of claim **43**, wherein the second inline port is configured to receive the first subset of the packets from the pass-through device after the pass-through device has processed the first subset of the packets, and wherein the processing module is configured to pass the first subset of the packets to the second node via the second network port.

**45**. The network switch apparatus of claim **43**, wherein the processing module is configured to examine the packets, and determine whether to send at least some of the packets to the pass-through device or the additional pass-through device based on a result of the examination of the packets.

**46**. The network switch apparatus of claim **43**, wherein the processing module is configured to pass the packets to the second instrument port, the first inline port, and the third inline port, such that the pass-through device and the additional pass-through device collectively can handle communication without a need to randomly drop packets.

**47**. The network switch apparatus of claim **43**, wherein the pass-through device comprises an intrusion prevention system (IPS).

**48**. The network switch apparatus of claim **43**, wherein the single device is configured for deployment at a geographical location.

**49**. The network switch apparatus of claim **43**, wherein the first network port, the second network port, the first inline port, and the second inline port are at one or more sides of the housing.

\* \* \* \* \*