IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **GIGAMON INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**APCON, INC.,**<br><br>Defendant. | Civil Action No. 2:19-cv-300-JRG<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT APCON, INC.'s UNOPPOSED MOTION TO AMEND DOCKET CONTROL ORDER

Defendant Apcon, Inc. ("Apcon") submits this Unopposed Motion to Amend Docket Control Order and show the Court as follows:

As a result of the Covid-19 pandemic and the related "shelter in place," "stay at home," and travel restriction orders, Apcon requests that selected current deadlines be revised. Apcon further contends that the parties' attorneys (NY and TX) are prevented from meeting with their clients (CA, OR, TX), witnesses and experts. These requested revisions will not impact the currently set June 24, 2020 Markman hearing.

The parties have conferred and plaintiff Gigamon Inc. ("Gigamon") does not oppose the provisions of the Amended Docket Control Order. The amendments (of approximately 10 days) are not for purposes of delay. Apcon moves that the Court approve and enter same, a copy of which is attached hereto for the Court's entry.

Dated: March 27, 2020                                             Respectfully submitted,

/s/ Clyde Siebman
Richard L. Schwartz
Texas Bar No. 17869500
rschwartz@whitakerchalk.com

Enrique Sanchez, Jr.
Texas Bar No. 24068961
rsanchez@whitakerchalk.com

Thomas F. Harkins, Jr.
State Bar No. 09000990
tharkins@whitakerchalk.com

**WHITAKER CHALK SWINDLE
  & SCHWARTZ PLLC**
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Phone: (817) 878-0500
Fax:   (817) 878-0501


Clyde M. Siebman
TX Bar No. 18341600
clydesiebman@siebman.com

Elizabeth S. Forrest
TX Bar No. 24086207
elizabethforrest@siebman.com

**SIEBMAN FORREST BURG
 & SMITH, LLP**
Federal Courthouse Square
300 N. Travis
Sherman, TX 75090
(903) 870-0070
(903) 870-0066 Telefax

*Counsel for Defendant APCON, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served via electronic mail on all counsel of record on March 27, 2020.

/s/ Clyde M. Siebman
Clyde M. Siebman