**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| GIGAMON INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APCON, INC., ) <br> ) <br> Defendant. ) <br> ) | **Civil Action No. 2:19-cv-300-JRG** <br><br> **JURY TRIAL DEMANDED** |

**JOINT MOTION TO AMEND FOURTH AMENDED DOCKET CONTROL ORDER**

Defendant Apcon, Inc. ("Apcon") and Plaintiff Gigamon Inc. ("Gigamon") (collectively "parties") submit this Joint Motion to Amend the Fourth Amended Docket Control Order (Dkt. 99).

In consideration of the on-going efforts the parties are making to resolve discovery disputes, the parties' ongoing production of documents, and the scheduling of depositions outside of the close of fact discovery, the parties jointly seek the following short extension and amendment to the Docket Control Order. The parties respectfully request that the Court issue a Fifth Amended Docket Control Order with the following change:

| Existing Deadline | Amended Date | Event |
|---|---|---|
| August 10, 2020 | August 17, 2020 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| August 17, 2020 | August 24, 2020 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| September 8, 2020 | September 15, 2020 | Serve Disclosures for Rebuttal Expert Witnesses |
| September 21, 2020 | September 23, 2020 | Deadline to Complete Expert Discovery |

This change does not any other deadline or hearing in the case. A proposed order is attached.

Dated: August 7, 2020

Respectfully submitted,

*/s/ Jonas R. McDavit*
William E. Davis, III
Texas State Bar No. 24047416
**DAVIS FIRM PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
bdavis@davisfirm.com

Jonas R. McDavit *(pro hac vice)*
Cosmin Maier *(pro hac vice)*
Steven M. Balcof *(pro hac vice)*
Francesco D. Silletta *(pro hac vice)*
Joze F. Welsh *(pro hac vice)*
Amy I. Wann *(pro hac vice)*
Elizabeth E Weyl *(pro hac vice)*
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401
Email: jmcdavit@desmaraisllp.com
Email: cmaier@desmaraisllp.com
Email: sbalcof@desmaraisllp.com
Email: fsilletta@desmaraisllp.com
Email: jwelsh@desmaraisllp.com
Email: awann@desmaraisllp.com
Email: eweyl@desmaraisllp.com

Emily H. Chen *(pro hac vice)*
**DESMARAIS LLP**
101 California Street
San Francisco, California 94111
Telephone: (415) 573-1806
Facsimile: (415) 573-1901
Email: echen@desmaraisllp.com

*Counsel for Plaintiff Gigamon Inc.*

*/s/ Michael W. De Vries*
Clyde Moody Siebman
Texas State Bar No. 18341600
Elizabeth Siebman Forrest
Texas State Bar No. 24086207
Anna Rebecca Skupin
Texas State Bar No. 24084272
**SIEBMAN FORREST BURG & SMITH LLP**
300 North Travis Street
Sherman, TX 75090-0070
Telephone: (903) 870-0070
Facsimile: (903) 870-0066
clydesiebman@siebman.com
elizabethforrest@siebman.com
beccaskupin@siebman.com

Michael W. De Vries
**KIRKLAND & ELLIS LLP**
555 South Flower Street, Suite 3700
Los Angeles, CA, 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
michael.devries@kirklandcom

Gianni Cutri
Katherine E. Rhoades *(pro hac vice)*
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
gianni.cutri@kirkland.com
katherine.rhoades@kirkland.com

Adam R. Alper *(pro hac vice)*
Akshay S. Deoras *(pro hac vice)*
Kristen P. L. Reichenbach
Reza Dokhanchy *(pro hac vice)*
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104

Telephone: (415) 439-1400
Facsimile: (415) 4309-1500
adam.alper@kirkland.com
akshay.deoras@kirkland.com
kristen.reichenbach@kirkland.com
reza.dokhanchy@kirkland.com

Leslie M. Schmidt (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
leslie.schmidt@kirkland.com

Joshua Glucoft (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
2049 Century Park East
Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900
josh.glucoft@kirkland.com

Richard L. Schwartz
Texas State Bar No. 17869500
Enrique Sanchez , Jr.
Texas State Bar No. 24068961
**WHITAKER CHALK SWINDLE & SCHWARTZ PLLC**
301 Commerce Street, Suite 3500
Fort Worth, TX 76102-4135
Telephone: (817) 878-0524
Facsimile: (817) 878-0501
rschwartz@whitakerchalk.com
rsanchez@whitakerchalk.com

*Counsel for Defendant Apcon, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 7, 2020.

*/s/ Michael W. De Vries*
Michael W. De Vries