# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GIGAMON, INC., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO.  2:19-CV-00300-JRG |
| | § | |
| v. | § | |
| | § | |
| APCON, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Joint Motion for Reply Brief in Support of Apcon Inc.'s ("Apcon") Motion to Compel Production of Documents and Related Testimony (the "Motion"). (Dkt. No. 140). In the Motion, the parties request that Apcon be permitted to file a ten (10) page reply with up to nineteen (19) pages of exhibits in support of its Motion to Compel Production of Documents and Related Testimony (Dkt. No. 127) because Gigamon, Inc. ("Gigamon") filed a 12-page response with approximately 24 pages of exhibits. (Dkt. No. 140 at 1).

Having considered the Motion, the Court finds that it should be and hereby is **DENIED**. Under paragraph 9(b) of the operative Discovery Order in this case (Dkt. No. 30) and the Court's Standing Order, responses to discovery related motions, including Apcon's Motion to Compel challenging Gigamon's assertion of privilege, are not to exceed seven (7) pages in length with no more than five (5) pages of attachments. (Dkt. No. 30 at 7). Accordingly, the Court **STRIKES** Gigamon's response (Dkt. No. 137) and Apcon's reply (Dkt. No. 141). Gigamon may refile its response in compliance with the Discovery Order in this case and this Court's Standing Order within five (5) days of the issuance of this Order.

**So ORDERED and SIGNED this 1st day of September, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE