# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GIGAMON INC., <br><br> Plaintiff, <br><br> v. <br><br> APCON, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) **Civil Action No. 2:19-cv-300-JRG** <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO TAKE CERTAIN DEPOSITIONS OF THIRD PARTIES OUT OF TIME

Gigamon, Inc. and Apcon, Inc. file this Joint Motion to Take Certain Depositions of Third Parties Out of Time. The parties are not seeking to move the trial date or the date for the filing of the pretrial order.

There remain third party depositions to be taken in this action. Subpoenas for documents and deposition testimony to Graycliff Partners, L.P. ("Graycliff"), Cascadia Capital, LLC ("Cascadia"), CenterGate Capital, L.P. ("CenterGate"), and Riverside Partners, LLC ("Riverside") (collectively "Third Parties") were all noticed by Gigamon on July 10, 2020. Apcon also noticed subpoenas for documents and deposition testimony to Graycliff, CenterGate, and Riverside on August 5; and to Cascadia on August 12. The deposition of Cascadia is tentatively scheduled to begin on September 15, 2020. The parties and Third Parties continue to diligently confer as to dates for depositions of Riverside and CenterGate, and will confer as to dates for the deposition of Graycliff. Accordingly, the parties respectfully request permission to schedule these depositions out of time, on or before September 25, 2020.

1

This request for a brief extension of time is so that justice may be done, and not for any improper purpose. The parties respectfully submit that good cause exists for allowing the Third Party depositions to occur after the close of fact discovery, subject to witness availability, up to September 25, 2020.

No additional modifications to the current schedule are necessary. A proposed order adopting the amendment is submitted herewith.

Dated: September 13, 2020                                    Respectfully submitted,

| | |
|---|---|
| */s/ William E. Davis, III* | */s/ Michael W. De Vries* |
| William E. Davis, III | Clyde Moody Siebman |
| Texas State Bar No. 24047416 | Texas State Bar No. 18341600 |
| **DAVIS FIRM P.C.** | Elizabeth Siebman Forrest |
| 213 N. Fredonia Street, Suite 230 | Texas State Bar No. 24086207 |
| Longview, TX 75601 | Anna Rebecca Skupin |
| Telephone: (903) 230-9090 | Texas State Bar No. 24084272 |
| Facsimile: (903) 230-9661 | **SIEBMAN FORREST BURG & SMITH LLP** |
| bdavis@davisfirm.com | 300 North Travis Street |
| | Sherman, TX 75090-0070 |
| Jonas R. McDavit (*pro hac vice*) | Telephone: (903) 870-0070 |
| Cosmin Maier (*pro hac vice*) | Facsimile: (903) 870-0066 |
| Steven M. Balcof (*pro hac vice*) | clydesiebman@siebman.com |
| Elizabeth Weyl (*pro hac vice*) | elizabethforrest@siebman.com |
| Francesco D. Silletta (*pro hac vice*) | beccaskupin@siebman.com |
| Joze F. Welsh (*pro hac vice*) | |
| Amy I. Wann (*pro hac vice*) | Michael W. De Vries |
| **DESMARAIS LLP** | **KIRKLAND & ELLIS LLP** |
| 230 Park Avenue | 555 South Flower Street, Suite 3700 |
| New York, NY 10169 | Los Angeles, CA 90071 |
| Telephone: (212) 351-3400 | Telephone: (213) 680-8400 |
| Facsimile: (212) 351-3401 | Facsimile: (213) 680-8500 |
| jmcdavit@desmaraisllp.com | michael.devries@kirklandcom |
| cmaier@desmaraisllp.com | |
| sbalcof@desmaraisllp.com | Gianni Cutri |
| eweyl@desmaraisllp.com | Katherine E. Rhoades (*pro hac vice*) |
| fsilletta@desmaraisllp.com | **KIRKLAND & ELLIS LLP** |
| jwelsh@desmaraisllp.com | 300 North LaSalle |
| awann@desmaraisllp.com | Chicago, IL 60654 |
| | Telephone: (312) 862-2000 |
| Emily H. Chen (CA 302966) | Facsimile: (312) 862-2200 |
| **DESMARAIS LLP** | gianni.cutri@kirkland.com |
| 101 California Street | katherine.rhoades@kirkland.com |
| San Francisco, CA 94111 | |
| Telephone: (415) 573-1806 | Adam Alper (*pro hac vice*) |
| Facsimile: (415) 573-1901 | Akshay Deoras (*pro hac vice*) |
| echen@desmaraisllp.com | Kristen P. L. Reichenbach |
| | M. Reza Dokhanchy (*pro hac vice*) |
| *Counsel For Plaintiff Gigamon, Inc.* | **KIRKLAND & ELLIS LLP** |
| | 555 California Street |
| | San Francisco, CA 94104 |
| | Telephone: (415) 439-1400 |

3

Facsimile: (415) 4309-1500
adam.alper@kirkland.com
akshay.deoras@kirkland.com
kristen.reichenbach@kirkland.com
reza.dokhanchy@kirkland.com

Leslie M. Schmidt (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
leslie.schmidt@kirkland.com

Joshua Glucoft (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900
josh.glucoft@kirkland.com

Richard L. Schwartz
Texas State Bar No. 17869500
Enrique Sanchez , Jr.
Texas State Bar No. 24068961
**WHITAKER CHALK SWINDLE & SCHWARTZ PLLC**
301 Commerce Street, Suite 3500
Fort Worth, TX 76102-4135
Telephone: (817) 878-0524
Facsimile: (817) 878-0501
rschwartz@whitakerchalk.com
rsanchez@whitakerchalk.com

*Counsel for Defendant Apcon, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 13, 2020.

                                            */s/ William E. Davis, III*
                                            William E. Davis, III