IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GIGAMON INC.,<br><br>                 Plaintiff,<br><br>  v.<br><br>APCON, INC.,<br><br>                 Defendant. | **Civil Action No. 2:19-cv-300-JRG**<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO AMEND SIXTH DOCKET CONTROL ORDER**

Pursuant to the Court's directive in *Solas OLED Ltd., v. Samsung Display Co. Ltd.*, et. al, 2:19-cv-152, Dkt. No. 302, Gigamon Inc. and Apcon, Inc. ("the parties") collectively file this Joint Motion to Amend the Sixth Docket Control Order (Dkt. No. 204) for a two week extension of the pending deadlines to allow the parties further opportunity to meet and confer regarding the remaining schedule.  A proposed order is attached.

Dated: November 22, 2020

Respectfully submitted,

/s/William E. Davis, III
William E. Davis, III
**THE DAVIS FIRM P.C.**
213 N. Fredonia Street, Suite 230
Longview, TX 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
bdavis@davisfirm.com

Jonas R. McDavit (*pro hac vice*)
Cosmin Maier (*pro hac vice*)
Steven M. Balcof (*pro hac vice*)
Elizabeth Weyl (*pro hac vice*)
Francesco D. Silletta (*pro hac vice*)
Joze F. Welsh (*pro hac vice*)
Amy I. Wann (*pro hac vice*)
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401
jmcdavit@desmaraisllp.com
cmaier@desmaraisllp.com
sbalcof@desmaraisllp.com
eweyl@desmaraisllp.com
fsilletta@desmaraisllp.com
jwelsh@desmaraisllp.com
awann@desmaraisllp.com

Emily H. Chen (CA 302966)
**DESMARAIS LLP**
101 California Street
San Francisco, CA 94111
Telephone: (415) 573-1806
Facsimile: (415) 573-1901
echen@desmaraisllp.com

*Counsel For Plaintiff Gigamon, Inc.*

/s/Michael W. De Vries
Clyde Moody Siebman
Texas State Bar No. 18341600
Elizabeth Siebman Forrest
Texas State Bar No. 24086207
Anna Rebecca Skupin
Texas State Bar No. 24084272
**SIEBMAN FORREST BURG & SMITH LLP**
300 North Travis Street
Sherman, TX 75090-0070
Telephone: (903) 870-0070
Facsimile: (903) 870-0066
clydesiebman@siebman.com
elizabethforrest@siebman.com
beccaskupin@siebman.com

Michael W. De Vries
**KIRKLAND & ELLIS LLP**
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
michael.devries@kirklandcom

Gianni Cutri
Katherine E. Rhoades (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
gianni.cutri@kirkland.com
katherine.rhoades@kirkland.com

Adam Alper (*pro hac vice*)
Akshay Deoras (*pro hac vice*)
Kristen P. L. Reichenbach
M. Reza Dokhanchy (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Facsimile: (415) 4309-1500
adam.alper@kirkland.com
akshay.deoras@kirkland.com
kristen.reichenbach@kirkland.com
reza.dokhanchy@kirkland.com

Leslie M. Schmidt (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
leslie.schmidt@kirkland.com

Joshua Glucoft (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900
josh.glucoft@kirkland.com

Richard L. Schwartz
Texas State Bar No. 17869500
Enrique Sanchez , Jr.
Texas State Bar No. 24068961
**WHITAKER CHALK SWINDLE & SCHWARTZ PLLC**
301 Commerce Street, Suite 3500
Fort Worth, TX 76102-4135
Telephone: (817) 878-0524
Facsimile: (817) 878-0501
rschwartz@whitakerchalk.com
rsanchez@whitakerchalk.com

*Counsel for Defendant Apcon, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 22, 2020.

>                        /s/ William E. Davis, III
>                        William E. Davis, III

## CERTIFICATE OF CONFERENCE

I certify that conference between counsel for both parties has been held and an agreement has been made to the filing of this Motion. Signed this 22nd day of November, 2020 and served via the Court's electronic filing system.

>                        /s/ William E. Davis, III
>                        William E. Davis, III