IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GIGAMON INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 2:19-cv-300-JRG |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| APCON, INC., | ) ) ) | |
| Defendant. | ) ) | |

### **DEFENDANT APCON, INC.'S SECOND AMENDED TRIAL WITNESS LIST**

Defendant Apcon, Inc. ("Apcon") serves the following amended list of trial witnesses pursuant to the Court's instruction in the minute entry from the Pre-Trial Conference on February 22, 2021 (Dkt. 241). Apcon reserves the right to amend or supplement this list. Apcon includes in this trial witness list individuals who may be listed on Plaintiff Gigamon, Inc.'s ("Gigamon") trial witness lists without waiving any right to object to Plaintiffs' presentation of such witnesses at trial, without waiving any objections to the admissibility of any such testimony, and without waiving the right to move for the exclusion of any testimony.

In addition to the witnesses listed herein, Apcon reserves the right to call witnesses designated by Gigamon on its witness list, whether live or by deposition testimony. Apcon reserves the right to amend its list of trial witnesses as appropriate, including in response to circumstances that may occur between now and the conclusion of trial and to the extent permitted by the Federal Rules of Civil Procedure, by the Local Rules, or by other Order of this Court. Apcon specifically reserves the right to amend its list of trial witnesses to include: (1) any persons identified on Gigamon's Pretrial Disclosures; (2) any persons identified in or related to any late-produced documents by Gigamon; and (3) any persons identified in or related to documents produced by Gigamon after the service of this identification of witnesses. Additionally, Apcon reserves the right, should the need arise, to call rebuttal witnesses that are not identified below.

Apcon reserves the right to present deposition testimony of individuals designated by Gigamon. Apcon further reserves the right to amend its designations of testimony as appropriate, including at least for the reasons specifically enumerated above. Finally, Apcon reserve the right to designate and/or counter-designate deposition testimony from any witness or representative of Gigamon who are presented by deposition at trial.

| WITNESS | WILL CALL | MAY CALL[1] |
|---|---|---|
| **Richard Rauch** <br> Employer: Apcon <br> Topic: Apcon; Accused Products | X | |
| **Mohit Jalori** <br> Employer: Apcon <br> Topic: Apcon; Accused Products | | X |
| **Gerry Murphy** <br> Employer: Apcon <br> Topic: Apcon; Accused Products | X | |
| **Ambreen Salters** <br> Employer: StoneTurn Group LLP <br> Topic: Damages | X | |
| **Stephen Wicker** <br> Employer: Cornell University <br> Topic: Patents-in-Suit; Technology-in-Suit; Accused Products | X | |
| ▮▮▮ <br> Employer: Gigamon <br> Topic: Gigamon; Patents-in-Suit; Technology-in-Suit | | X |

---

[1] Apcon's listing of the following witnesses is by deposition testimony: ▮▮▮

| WITNESS | WILL CALL | MAY CALL[1] |
|---|---|---|
| ███████<br>Employer: Gigamon<br>Topic: Gigamon; Finance | | X |
| ███████<br>Third-Party<br>Topic: Gigamon; Patents-in-Suit; Technology-in-Suit | | X |
| ███████<br>Third-Party<br>Topic: Gigamon; Patents-in-Suit; Technology-in-Suit | | X |
| ███████<br>Employer: Gigamon<br>Topic: Gigamon; Patents-in-Suit; Technology-in-Suit | | X |
| ███████<br>Employer: Gigamon<br>Topic: Gigamon; Patents-in-Suit; Technology-in-Suit | | X |
| ███████<br>Employer: Gigamon<br>Topic: Gigamon; Sales | | X |
| ███████<br>███████ | | X |

Dated: April 12, 2021

Respectfully submitted,

By: /s/ Michael W. De Vries
Elizabeth Siebman Forrest
Texas State Bar No. 24086207
Anna Rebecca Skupin

Texas State Bar No. 24084272
**SIEBMAN FORREST BURG & SMITH LLP**
300 North Travis Street
Sherman, TX 75090-0070
Telephone: (903) 870-0070
Facsimile: (903) 870-0066
elizabethforrest@siebman.com
beccaskupin@siebman.com

Michael W. De Vries
**KIRKLAND & ELLIS LLP**
555 South Flower Street, Suite 3700
Los Angeles, CA, 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
michael.devries@kirklandcom

Gianni Cutri
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
gianni.cutri@kirkland.com

Adam R. Alper (*pro hac vice*)
Akshay S. Deoras (*pro hac vice*)
Kristen P. L. Reichenbach
M. Reza Dokhanchy (*pro hac vice*)
Natalie K. Flechsig (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 4309-1500
adam.alper@kirkland.com
akshay.deoras@kirkland.com
kristen.reichenbach@kirkland.com
reza.dokhanchy@kirkland.com
natalie.flechsig@kirkland.com

Leslie M. Schmidt (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Ave.
New York, NY 10022

4

███████████████████████████

Telephone: (212) 446-4800
Facsimile: (212) 446-4900
leslie.schmidt@kirkland.com

Joshua Glucoft (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
2049 Century Park East
Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900
josh.glucoft@kirkland.com

Richard L. Schwartz
Texas State Bar No. 17869500
Enrique Sanchez , Jr.
Texas State Bar No. 24068961
**WHITAKER CHALK SWINDLE & SCHWARTZ PLLC**
301 Commerce Street, Suite 3500
Fort Worth, TX 76102-4135
Telephone: (817) 878-0524
Facsimile: (817) 878-0501
rschwartz@whitakerchalk.com
rsanchez@whitakerchalk.com

*Counsel for Defendant Apcon, Inc.*

5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 12, 2021.

*/s/ Michael W. De Vries*
Michael W. De Vries

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I certify that the foregoing document is authorized to be filed under seal pursuant to the Protective Order entered in this case.

*/s/ Michael W. De Vries*
Michael W. De Vries
