# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GIGAMON, INC. § | |
| § | |
| v.  § | Case No.  2:19-cv-00300-JRG |
| § | |
| APCON, INC. § | |

## MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### April 16, 2021

**OPEN: 09:36 AM**                                                                  **ADJOURN:  03:25 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Lee Matalon<br>Will Nilsson<br>Cason Cole |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Andrea Brunson |

| TIME | MINUTES |
|---|---|
| 09:36 AM | Court opened.  Court's greeting, introduction and preliminary instructions to Jury Pool. |
| 09:51 AM | Court asked for announcements from the parties. |
| 09:51 AM | Court continued with information and preliminary instructions to Jury Pool. |
| 10:01 AM | Prospective Jurors begin introduction of themselves. |
| 10:35 AM | Court provided additional instructions to Jury Pool. |
| 10:38 AM | Voir dire on behalf of Plaintiff by Mr. Davis. |
| 11:04 AM | Voir dire on behalf of Defendant by Mr. Smith. |
| 11:22 AM | Court provides further instructions to Jury Pool. |
| 11:24 AM | Strike conference with Mr. Davis and Mr. Smith. |
| 11:33 AM | Strike conference completed.  Court reconvened. |
| 11:34 AM | Attorneys excused to exercise strikes.  Court recessed. |
| 11:58 AM | Court reconvened.  Jurors selected.  Remainder of panel excused. |
| 12:05 PM | Jurors sworn and additional instructions given by the Court. |
| 12:25 PM | Jurors excused for lunch. |
| 12:27 PM | Court recessed for lunch. |

2

| TIME | MINUTES |
|---|---|
| 01:35 PM | Court reconvened. Jury returned to courtroom. Court gave preliminary instructions to the Jury. Jurors were given jury notebooks. |
| 02:20 PM | Plaintiff's opening statement by Mr. Kellman. |
| 02:51 PM | Defendant's opening statement by Mr. Alper. |
| 03:21 PM | Opening statements concluded. |
| 03:22 PM | Plaintiff invoked the Rule to exclude expert witnesses. |
| 03:22 PM | Court provided further instructions to Jury. |
| 03:24 PM | Jury excused for the day until Monday morning at 8:30 AM. |
| 03:25 PM | Court provided instructions to counsel. |
| 03:25 PM | Court adjourned for the day until Monday morning. |