

**2:19-cv-00300-JRG**
**Gigamon, Inc. v Apcon, Inc.**
**Beginning April 16, 2021 at 9:00 AM**
**JURY SELECTION and TRIAL**

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| SAM BLAKE | APCON, INC. |
| Bo Davis | Gigamon |
| Alan Kellman | Gigamon |
| Amy Wann | Gigamon |
| Steven Balcof | Gigamon |
| Jonas McDavit | Gigamon |
| Emily Chen | Gigamon |
| ADAM ALPER | APCON |
| MIKE DE VRIES | APCON |
| MATT MCKLENDON | APCON |
| Leslie Schmidt | Apcon |
| Akshay Deoras | Apcon |
| Kristen Reichenbach | Apcon |
| ELIZABETH WEYL | Gigamon Inc. |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Richard Rauch | APCON, INC |
| Paul Hooper | Gigamon |
| Laurel Finch | " |
| Anthony Kim | " |