IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GIGAMON, INC. | § | |
| | § | |
| v. | § | Case No. 2:19-cv-00300-JRG |
| | § | |
| APCON, INC. | § | |

MINUTES FOR JURY TRIAL DAY NO. 2
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
April 19, 2021

**OPEN: 08:34 AM**                                                                                      **ADJOURN: 06:13 PM**

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Lee Matalon<br>Will Nilsson<br>Cason Cole |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Andrea Brunson |

| TIME | MINUTES |
|---|---|
| 08:34 AM | Court opened. Court informed counsel of a major highway accident resulting in two jurors being rerouted in their travel to the courthouse causing a delay in their arrival. The Court addressed the filing of Dkt. No. 287 and Dkt. No. 288. Court DENIED both the motion and the response. |
| 08:41 AM | Court recessed and will reconvene upon the arrival of the two jurors. |
| 08:51 AM | Court reconvened. Court reminded counsel of the invoking of the Rule, excluding expert witnesses. |
| 08:52 AM | Jury entered the courtroom. |
| 08:53 AM | Witness sworn. Direct examination of Dr. Patrick Leong by Mr. Davis. |
| 09:52 AM | Cross examination of Dr. Patrick Leong by Mr. Alper. |
| 10:23 AM | Redirect examination of Dr. Patrick Leong by Mr. Davis. |
| 10:40 AM | Recross examination of Dr. Patrick Leong by Mr. Alper. |
| 10:42 AM | Witness excused by the Court. |
| 10:42 AM | Jury recessed for morning break. |
| 10:43 AM | Court recessed for morning break. |

| TIME | MINUTES |
|---|---|
| 10:59 AM | Court reconvened. |
| 10:59 AM | Jury returned to courtroom. |
| 11:00 AM | Witness sworn.  Direct examination of Mr. Paul Hooper by Mr. McDavit. |
| 11:30 AM | Cross examination of Mr. Paul Hooper by Mr. De Vries. |
| 11:41 AM | Jury returned to Jury Room. |
| 11:42 AM | Objection item taken up by the Court outside the presence of the Jury.  Objection raised by Mr. McDavit.  Mr. De Vries responded. |
| 11:49 AM | Jury returned to courtroom. |
| 11:50 AM | Cross examination of Mr. Paul Hooper by Mr. De Vries, continued. |
| 12:15 PM | Redirect examination of Mr. Paul Hooper by Mr. McDavit. |
| 12:24 PM | Recross examination of Mr. Paul Hooper by Mr. De Vries. |
| 12:27 PM | Witness excused. |
| 12:27 PM | Jury recessed for lunch. |
| 12:30 PM | Court recessed for lunch. |
| 01:41 PM | Court reconvened. |
| 01:42 PM | Jury returned to courtroom. |
| 01:43 PM | Mr. Kellman introduced the video deposition of Mr. Mohit Jalori. |
| 01:51 PM | Video deposition of Mr. Mohit Jalori concluded. |
| 01:52 PM | Mr. Kellman introduced the video deposition of Mr. Bret Costelow |
| 01:53 PM | Video deposition of Mr. Bret Costelow concluded. |
| 01:53 PM | Mr. Kellman introduced the video deposition of Mr. Rick Bradley. |
| 01:56 PM | Video deposition of Mr. Rick Bradley concluded. |
| 01:56 PM | Witness sworn.  Direct examination of Dr. Kevin Almeroth by Ms. Spencer. |
| 03:13 PM | Jury recessed for afternoon break. |
| 03:14 PM | Court recessed for afternoon break. |
| 03:37 PM | Court reconvened. |
| 03:38 PM | Jury returned to courtroom. |
| 03:39 PM | Direct examination of Dr. Kevin Almeroth by Ms. Spencer, continued. |
| 04:10 PM | Cross examination of Dr. Kevin Almeroth by Mr. Alper. |
| 04:54 PM | Redirect examination of Dr. Kevin Almeroth by Ms. Spencer. |
| 04:59 PM | Recross examination of Dr. Kevin Almeroth by Mr. Alper. |
| 05:01 PM | Further redirect examination of Dr. Kevin Almeroth by Ms. Spencer. |
| 05:02 PM | Witness excused. |
| 05:02 PM | Jury recessed for afternoon break. |
| 05:03 PM | Court recessed for afternoon break. |
| 05:18 PM | Court reconvened. |
| 05:18 PM | Jury returned to courtroom. |
| 05:19 PM | Witness sworn.  Direct examination of Professor Kevin Jeffay by Mr. McDavit. |
| 06:10 PM | Jury recessed for the day. |
| 06:13 PM | Court recessed for the day. |