IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GIGAMON, INC. | § | |
| | § | |
| v. | § | Case No.  2:19-cv-00300-JRG |
| | § | |
| APCON, INC. | § | |

MINUTES FOR JURY TRIAL DAY NO. 4
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
April 21, 2021

**OPEN: 08:30 AM**                                                                                              **ADJOURN:  05:27 PM**

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Lee Matalon<br>Will Nilsson<br>Cason Cole |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Andrea Brunson |

| TIME | MINUTES |
|---|---|
| 08:30 AM | Court opened. |
| 08:31 AM | Exhibits used prior day read into the record. |
| 08:34 AM | Jury entered the courtroom. |
| 08:35 AM | Witness sworn.  Direct examination of Dr. Stephen Wicker by Mr. Deoras. |
| 10:01 AM | Jury recessed for morning break. |
| 10:01 AM | Court recessed for morning break. |
| 11:01 AM | Court reconvened. |
| 11:02 AM | Jury entered the courtroom. |
| 11:03 AM | Direct examination of Dr. Stephen Wicker by Mr. Deoras, continued. |
| 11:05 AM | **Courtroom sealed.** |
| 11:06 AM | Direct examination of Dr. Stephen Wicker by Mr. Deoras, continued. |
| 11:09 AM | **Courtroom unsealed.** |
| 11:09 AM | Direct examination of Dr. Stephen Wicker by Mr. Deoras, continued. |
| 12:42 PM | Jury recessed for break. |
| 12:43 PM | Court recessed for break. |

2

| TIME | MINUTES |
|---|---|
| 01:23 PM | Court reconvened. |
| 01:24 PM | Jury returned to courtroom. |
| 01:25 PM | Cross examination of Dr. Stephen Wicker by Mr. Kellman. |
| 02:30 PM | Redirect examination of Dr. Stephen Wicker by Mr. Deoras. |
| 02:37 PM | Witness excused. |
| 02:37 PM | Mr. Alper introduced the video deposition of Mr. David Arkley. |
| 02:43 PM | Video deposition of Mr. David Arkley concluded. |
| 02:44 PM | Mr. Alper introduced the video deposition of Mr. Michael Huckaby |
| 02:49 PM | Video deposition of Mr. Michael Huckaby concluded. |
| 02:50 PM | Witness sworn.  Direct examination of Ms. Ambreen Salters by Ms. Schmidt. |
| 03:25 PM | Jury recessed for break. |
| 03:26 PM | Court recessed for break. |
| 03:47 PM | Court reconvened. |
| 03:47 PM | Jury returned to courtroom. |
| 03:48 PM | Direct examination of Ms. Ambreen Salters by Ms. Schmidt, continued. |
| 03:55 PM | Cross examination of Ms. Ambreen Salters by Mr. Balcof. |
| 04:07 PM | Redirect examination of Ms. Ambreen Salters by Ms. Schmidt. |
| 04:09 PM | Recross examination of Ms. Ambreen Salters by Mr. Balcof. |
| 04:12 PM | Witness excused by the Court. |
| 04:13 PM | Defendant rests its case in chief. |
| 04:15 PM | Direct examination of Plaintiff's rebuttal witness, Dr. Kevin Almeroth by Ms. Spencer. |
| 05:03 PM | Cross examination of Dr. Kevin Almeroth by Mr. Alper. |
| 05:22 PM | Redirect examination of Dr. Kevin Almeroth by Ms. Spencer. |
| 05:25 PM | Witness excused. |
| 05:26 PM | Jury excused for the day. |
| 05:27 PM | Court adjourned for the day. |