IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **GIGAMON, INC.** | § | |
| | § | |
| **v.** | § | Case No. 2:19-cv-00300-JRG |
| | § | |
| **APCON, INC.** | § | |

MINUTES FOR JURY TRIAL DAY NO. 5
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
April 22, 2021

**OPEN: 08:32 AM**                                                                                   **ADJOURN:  02:21 PM**

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Lee Matalon<br>Will Nilsson<br>Cason Cole |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Andrea Brunson |

| **TIME** | **MINUTES** |
|---|---|
| 08:32 AM | Court opened. |
| 08:33 AM | Exhibits used prior day read into the record. |
| 08:36 AM | Jury entered the courtroom. |
| 08:38 AM | Direct examination of Plaintiff's rebuttal witness, Professor Kevin Jeffay, by Mr. McDavit. |
| 09:16 AM | Cross examination of Professor Kevin Jeffay by Mr. Deoras. |
| 09:31 AM | Witness excused. |
| 09:32 AM | Court provided instructions to Jury.  Jury excused for the remainder of the day to return tomorrow morning at 8:00 AM. |
| 09:36 AM | Jury excused until tomorrow morning. |
| 09:38 AM | Court recessed. |
| 10:17 AM | Court reconvened. |
| 10:22 AM | The Court began hearing argument on Rule 50(a) motions. |
| 10:23 AM | Ms. Chen, Ms. Wann, Mr. Silletta and Ms. Weyl presented argument on behalf of the Plaintiff.  Mr. Deoras and Ms. Schmidt presented argument on behalf of the Defendant. |

2

| TIME | MINUTES |
|---|---|
| 11:04 AM | The Court DENIED all Rule 50(a) motions brought by Plaintiff and Defendant. |
| 11:05 AM | Completion of Rule 50(a) motions hearing. Informal charge conference will begin in the courtroom following the recess. The formal charge conference will be conducted this afternoon. |
| 11:07 AM | Court recessed. |
| 01:48 PM | Court reconvened. |
| 01:51 PM | Formal charge conference started. |
| 01:51 PM | Mr. Balcof argued for Plaintiff and Ms. Schmidt argued for Defendant. |
| 02:17 PM | Formal charge conference completed. |
| 02:21 PM | Court recessed until tomorrow. |