IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **GIGAMON, INC.** | § | |
| | § | |
| **v.** | § | Case No. 2:19-cv-00300-JRG |
| | § | |
| **APCON, INC.** | § | |

## MINUTES FOR JURY TRIAL DAY NO. 6
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### April 23, 2021

**OPEN: 08:05 AM**                                                          **ADJOURN: 01:42 PM**

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Lee Matalon<br>Will Nilsson<br>Cason Cole |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Andrea Brunson |

| TIME | MINUTES |
|---|---|
| 08:05 AM | Court opened. |
| 08:06 AM | Counsel had no additional exhibits to read into the record. |
| 08:07 AM | Jury entered the courtroom. |
| 08:08 AM | Court provides instructions to jury. |
| 09:15 AM | Closing argument by Plaintiff's counsel, Mr. Kellman. |
| 09:43 AM | Closing argument by Defendant's counsel, Mr. Alper. |
| 10:24 AM | Final closing argument by Plaintiff's counsel, Mr. Kellman. |
| 10:31 AM | Continuation of final closing argument by Plaintiff's counsel, Mr. Davis. |
| 10:38 AM | Closing arguments concluded. |
| 10:39 AM | Court gives final instructions to the jury. |
| 10:43 AM | Jury retired to jury room to deliberate. |
| 10:44 AM | Recess. |
| 12:19 PM | Court reconvened. Two Jury notes received by the Court. Court provided response by note hand-delivered by CSO to the Jury. |
| 12:24 PM | Recess. |

2

| TIME | MINUTES |
|---|---|
| 01:32 PM | Court reconvened. Note from Jury indicating a verdict has been reached. |
| 01:33 PM | Jury returned to the courtroom. Court read verdict in its entirety. Jurors polled representing a unanimous verdict. Jurors released and excused by the Court. |
| 01:42 PM | Court adjourned. |