# EXHIBIT 20

```
 1              IN THE UNITED STATES DISTRICT COURT
 2               FOR THE EASTERN DISTRICT OF TEXAS
 3                        MARSHALL DIVISION
 4
            Transcript designated:
 5          Restricted Confidential - source code
            Under the protective order
 6
 7     _____
                                     )
 8     GIGAMON, INC.,                )
                                     )
 9              Plaintiff,           )
                                     )
10        vs.                        ) Civil Action No.
                                     ) 2:19-cv-300-JRG
11     APCON, INC.,                  )
                                     )
12              Defendants.          )
       _____)
13
14
15
16
17        REMOTE CONFERENCE DEPOSITION OF KEVIN JEFFAY, PH.D.
18                   Chapel Hill, North Carolina
19                 Thursday, September 24, 2020
20                           Volume I
21
22
23     Reported by:
       LORI M. BARKLEY
24     CSR No. 6426
25     PAGES 1 - 220
```

Page 1

```
 1  likely going to require to show -- to show that it's       11:38:52
 2  actually configured, and to the extent that the            11:38:56
 3  capability doesn't inherently show that, then you          11:38:59
 4  would have to show something more.                         11:39:02
 5  BY MR. DEORAS:                                             11:39:04
 6     Q.  I'm not asking you a legal question.  I'm           11:39:06
 7  asking you how you did your analysis in this case.         11:39:07
 8  So clearly, when you did your invalidity analysis,         11:39:10
 9  you said that just capability by itself isn't enough       11:39:15
10  to meet the network port element; you have to show         11:39:18
11  that it's configured, right?                               11:39:20
12         MS. WEYL:  Objection, form.                         11:39:27
13         THE WITNESS:  Well, I don't think that's            11:39:34
14  exactly what I said in paragraph 69.                       11:39:35
15  BY MR. DEORAS:                                             11:39:56
16     Q.  I mean, I just read back what you said              11:39:57
17  earlier, but I can -- I can just tell you.  I'm            11:39:59
18  reading back your testimony from earlier.  You             11:40:02
19  said -- ah, yes.  So I see you're saying, "Just            11:40:30
20  capability by itself, no.  You have to show that it's      11:40:32
21  configured."                                               11:40:35
22         Do you agree with that?                             11:40:37
23         MS. WEYL:  Objection, form.                         11:40:42
24         THE WITNESS:  And what was the question for         11:40:44
25  which that was the answer?                                 11:40:44
                                                              Page 102

 1  BY MR. DEORAS:                                             11:40:46
 2     Q.  When you were saying that you misunderstood         11:40:49
 3  my previous question.                                      11:40:50
 4     A.  Well, but that's -- that's not telling me           11:40:53
 5  what the question was.                                     11:40:56
 6     Q.  You don't refer to a previous question.  We         11:40:58
 7  can stop.  We don't have to figure out what people         11:41:17
 8  are saying or what they're not saying.                     11:41:19
 9         Just straight out, you've reviewed the              11:41:21
10  court's construction.  You've analyzed the patent.         11:41:24
11  To meet the network port element, you agree that just     11:41:34
12  showing that a particular port is capable of being         11:41:40
13  connected to a network by itself is not enough to          11:41:44
14  meet the element.  You have to show that it's              11:41:47
15  configured to be connected to a network, right?            11:41:50
16         MS. WEYL:  Objection, form.                         11:41:53
17         THE WITNESS:  I mean, I don't know how to           11:41:55
18  respond to your capability thing.  What I will tell        11:41:56
19  you is that when I focused on was showing that there       11:41:58
20  was a port configured in the case of a network port,       11:42:02
21  that there was a port configured to be connected to a      11:42:06
22  network and not configured to be connected to an           11:42:09
23  instrument.                                                11:42:11
24         MR. DEORAS:  Okay.  Then when you used the          11:42:17
25  word "capability" in paragraph 69, you say that:           11:42:20
                                                              Page 103

 1  "Dr. Wicker provided no explanation, analysis or           11:42:24
 2  citation that any of the ports in the Tadimeti switch      11:42:27
 3  can be configured to be connected to a network as          11:42:31
 4  opposed to only having the capability of being             11:42:37
 5  connected to a network," correct?                          11:42:39
 6     A.  Correct.                                            11:42:43
 7     Q.  And there's a difference between being              11:42:43
 8  configured to be connected to a network and only           11:42:46
 9  having the capability of being connected to a              11:42:48
10  network, right?                                            11:42:52
11         MS. WEYL:  Objection, form.                         11:42:56
12         THE WITNESS:  I -- I don't know how to              11:42:57
13  answer that, that question.                                11:42:59
14  BY MR. DEORAS:                                             11:43:01
15     Q.  Literally just reading the words that you've        11:43:02
16  written.  You say that Dr. Wicker --                       11:43:04
17     A.  No, you're -- you're taking words out of            11:43:08
18  context.  Those words have meaning in that particular     11:43:11
19  sentence.  If you want to ask me about that sentence       11:43:14
20  and what that means in that sentence, I'm happy to         11:43:17
21  explain it.  But that's not what you're doing.             11:43:20
22     Q.  I guess I'm confused.  Just maybe for my own        11:43:25
23  understanding, you're saying that Dr. Wicker doesn't       11:43:28
24  show that the ports are configured to be connected to      11:43:32
25  a network as opposed to only having the capability of      11:43:35
                                                              Page 104

 1  being connected to a network, right?                       11:43:41
 2         MS. WEYL:  Objection, form.                         11:43:48
 3         THE WITNESS:  What it says --                       11:43:49
 4  BY MR. DEORAS:                                             11:43:50
 5     Q.  Just --                                             11:43:50
 6     A.  Dr. Wicker provides no explanation --               11:43:51
 7     Q.  Hang on.  Answer my question --                     11:43:53
 8     A.  You're asking your question about something         11:43:55
 9  I didn't write.                                            11:43:57
10     Q.  Well, didn't you write -- you wrote this            11:43:57
11  sentence in paragraph 69 of your report, right?            11:44:00
12     A.  I did.  And that's not the sentence that you        11:44:06
13  quoted --                                                  11:44:08
14     Q.  I'll quote the question -- I'll quote the           11:44:08
15  sentence.  I don't want to misstate what you said.         11:44:10
16  You are saying that Dr. Wicker provides no                 11:44:15
17  explanation, analysis or citation to anything in           11:44:20
18  Tadimeti that any of the ports on switch 5 can be          11:44:22
19  configured to be connected to a network as opposed to     11:44:28
20  only having the capabilities of being connected to a       11:44:32
21  network.  Correct?                                         11:44:35
22     A.  That's what the sentence says.                      11:44:41
23     Q.  Okay.  And is that sentence saying that only        11:44:42
24  having the capability of being connected to a network      11:44:46
25  is different from being configured to be connected to      11:44:49
                                                              Page 105
```